IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02090-WYD-KLM

MARK JORDAN,

    Plaintiff,

v.

R. WILEY,

    Defendant.

**ORDER**

The Order of Reference to United State Magistrate Judge Mix by way of Order Reassigning Magistrate Judge, dated August 3, 2007 (docket #19), is withdrawn. I will handle all previously scheduled matters.

    Dated: March 26, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief U. S. District Judge